**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003169
26-SEP-2013
09:45 AM**

NO. CAAP-13-0003169

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
HECTOR TAPIA-PEREZ, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTI-13-004525)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On September 4, 2013, Defendant-Appellant Hector J. Tapia Perez (Appellant), pro se, filed a notice of appeal;

(2) The same day, the appellate clerk informed Appellant that:

(a) filing fees had not been paid, and that the record cannot be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

(b) consistent with Hawai'i Rules of Appellate Procedure Rule 11(c)(2), the matter would be called to the court's attention on September 14, 2013, for such action as the court deems proper, including dismissal of the appeal; and

(3) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 26, 2013.

Chief Judge

Associate Judge

Associate Judge